GERDAU AMERISTEEL CORPORATION, *Plaintiff*, v. UNITED STATES, *Defendant*, and ICDAS CELIK ENERJITERSANE ve ULASIM SANYAI, A S, *Defendant-Intervenor*

Court No 04–00608

### ORDER

Upon consideration of Plaintiff s September 8, 2006 Motion for Rehearing and the parties' responses thereto, it is hereby
ORDERED that Plaintiff's Motion for Rehearing is denied.
SO ORDERED.